DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EDWARD HAUBER,**
Appellant,

v.

**CYNTHIA HAUBER,**
Appellee.

No. 4D20-1655

[March 24, 2021]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jessica Ticktin, Judge; L.T. Case No. 50-2018-DR-000295-XXXX-SB.

Alan Jay Braverman and Marko Ilich of Stok Kon + Braverman, Fort Lauderdale, for appellant.

M. Shannon McLin and Melissa Alagna of Florida Appeals, Orlando, for appellee.

PER CURIAM.

*Affirmed. See Casto v. Casto*, 508 So. 2d 330, 334 (Fla. 1987).

WARNER, FORST and KLINGENSMITH, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***